# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Melina Gaytan,<br><br>      Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>      Defendant. | NO. CV-24-00047-PHX-DLR<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed July 3, 2024, judgment is entered in favor of Plaintiff and against Defendant. The decision of the Commissioner of Social Security is reversed, and this case is remanded to the Social Security Administration for further proceedings consistent with the Order.

                                  Debra D. Lucas
                                  District Court Executive/Clerk of Court

July 3, 2024

                                  s/ K. Gray
                         By   Deputy Clerk